**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
PAUL W. GRIMM
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4560
(410) 962-3630 FAX

April 4, 2003

RE: *Jaquette v. Wiley Sanders Truck Lines, Inc. et al.*
    CCB-02-1259

MEMORANDUM FOR COUNSEL

Dear Counsel:

 Thank you for the productive meeting this morning to discuss settlement in the above case. This letter will summarize what was agreed to during our meeting. Within one week, Ms. Drewniak and Mr. Kemp will update their exchange of documents to insure that each has the same population of documents, to facilitate further settlement discussion. Ms. Drewniak will prepare a consent form to be signed by Mr. Jaquette which authorizes the release of medical records jointly to Ms. Drewniak and Mr. Kemp. Within two weeks Ms. Drewniak will advise Mr. Kemp whether he needs to add as an additional defendant the company that owned the truck, and leased it to Wiley Sanders. Further, counsel will confer regarding the scheduling of depositions of witnesses regarding liability issues, and discovery in general, and then advise whether or not they will consent to referral of the case to a magistrate judge for all proceedings. If so, they will advise me of the desired trial date, and I will make sure that it is assigned to a magistrate judge to accommodate that date.
 Finally, as discovery proceeds, you will advise me when it makes sense to reconvene our settlement conference.
 Thank you for your hard work and diligence.

Sincerely,

Paul W. Grimm
United States Magistrate Judge

Electronic Copy to: Honorable Catherine C. Blake
     Clerk