UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

April 8, 2003

Thomas L. Kemp, Esquire
Kemp & Kemp, P.A.
141 East Main Street
Elkton, MD 21921

Inga Oesterle Drewniak, Esquire
Ryan & Drewniak, P.A.
1160 Spa Road, Suite 3B
Annapolis, MD 21403

Re:   James E. Jaquette v. Thomas J. Wade, Jr. and Wiley Sanders Trucking, Inc.,
      Civil No. CCB-02-1259

Dear Counsel:

I appreciate the work you are doing with Judge Grimm to facilitate resolution of this case. I am referring this case to Judge Grimm for discovery. I have also enclosed forms for your signature if you determine there is unanimous consent to refer the case to a Magistrate Judge for all proceedings, including trial.

Sincerely yours,

/s/

Catherine C. Blake
United States District Judge

Enclosure

cc:   Judge Paul W. Grimm

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES E. JAQUETTE | * | |
|     Plaintiff | | |
| | * | |
|     vs. | | Civil Action No.: CCB-02-1259 |
| | * | |
| THOMAS J. WADE, JR., ET AL. | | |
|     Defendant | * | |

******

## GENERAL CONSENT TO PROCEED
## BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28 U.S.C. § 636(c), the undersigned party to the above-captioned civil matter hereby voluntarily waive her or his right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

_____
Name of Party

_____
Signature of Party or Counsel

_____
Date

**This form is available on the Court's web site: www.mdd.uscourts.gov.**

U.S. District Court (Rev. 3/24/2003)