# RYAN & DREWNIAK, P.A.
*A PROFESSIONAL ASSOCIATION OF ATTORNEYS AT LAW*
**1997 ANNAPOLIS EXCHANGE PARKWAY**
**SUITE 420**
**ANNAPOLIS, MARYLAND 21401**

| | |
|---|---|
| John J. Ryan | Annapolis  (410) 897-9000 |
| Inga Oesterle Drewniak | Baltimore  (410) 841-2500 |
| Christopher J. Drewniak * | Facsimile  (410) 897-4988 |
| Wes P. Henderson | Writer's E-Mail Address: |
| * Also Admitted in RI | Inga@RyanDrewniak.com |

July 30, 2003

**VIA ELECTRONIC FILING**
The Honorable Paul W. Grimm
U.S. District Court for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

> Re: *James E. Jaquette v. Thomas Wade, Jr. and Wiley Sanders Truck Lines, Inc.*
> Case No.:CCB-02-CV-1259

Dear Judge Grimm:

This letter is to formally provide you with the parties' status report concerning this matter and to follow-up on your April 4, 2003 Memorandum for Counsel.

The parties have scheduled what is expected to be the conclusion of all liability depositions on August 21, 2003. The parties have been working well with one another to complete discovery. Most recently, Defendants provided Plaintiff with additional documentation to facilitate settlement dialogue in this matter. Plaintiffs are in the process of having Mr. Jaquette sign Defendants' newly revised HIPAA-compliant global records release authorization, and forwarding additional discovery documentation to Defendants.

Defendants advised Plaintiff that Driscoll Colquett, the owner of the Wiley Sanders Truck Lines, Inc. vehicle, is not a viable defendant in this matter, as Driscoll Colquett was insured under Wiley Sanders Truck Lines, Inc.'s policy of liability insurance, and an indemnification agreement existed between the two Defendants.

Ryan & Drewniak, P.A.

The Honorable Paul W. Grimm
Page 2
July 30, 2003

    At this juncture, the parties are presently considering the issue of whether to consent to referral of this case to a magistrate judge for all proceedings. The parties do not presently have authority to consent to a referral to a magistrate judge for all proceedings.

    In keeping with this Court's emerging docket, the parties respectfully request that the parties be re-convened for a Settlement/ADR Conference at the end of October. The parties further request that the trial of this matter be scheduled for March, 2004.

    The parties sincerely appreciate all your efforts in this matter.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ TLK | /s/ IOD |
| Thomas L. Kemp | Inga Oesterle Drewniak |
| Kemp & Kemp, P.A. | Ryan & Drewniak, P.A. |
| 141 East Main Street | 1997 Annapolis Exchange Parkway |
| Elkton, Maryland 21921 | Suite 420 |
| (410) 398-0910 | Annapolis, Maryland 21401 |
| | (410) 897-9000 |
| Attorneys for Plaintiff | Attorneys for Defendants |