**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
PAUL W. GRIMM
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4560
(410) 962-3630 FAX

July 31, 2003

RE: *Jaquette v. Wade., et al.*
    CCB 02-1259

MEMORANDUM FOR COUNSEL

Dear Counsel:

I have received and reviewed your joint status report of July 30, 2003, and I thank you for all you hard work and professionalism. I have set in a continued settlement conference for **Wednesday, October 29, 2003, at 10:30.** Please submit any supplemental *ex parte* letters to me not later than **ten days** before that date, by regular mail, not electronic filing.

I will advise Judge Blake that the parties desire a trial date in March 2004, if the case does not settle, and that you are still considering whether to consent to the referral of the case to a magistrate judge for all proceedings.

Sincerely,

/s/

Paul W. Grimm
United States Magistrate Judge

cc: Honorable Catherine C. Blake
    Clerk
    Chambers File