# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

## MEMORANDUM

**TO:** DOCKET CLERK

**FROM:** JANET FEWSTER, Judicial Assistant to Magistrate Judge Grimm

**SUBJECT:** DOCKET ENTRY CIVIL NO.: __CCB-02-1259__
**James Jaquette v. Wade**

**THE FOLLOWING WAS HELD IN CHAMBERS BEFORE MAGISTRATE JUDGE GRIMM, Wednesday, on the 29th DAY OF October, 2003**

___ **Status/Scheduling Conference**

___ **Scheduling Conference (by telephone)**

___ **Telephonic Conference** _____
**Re: Settlement Negotiations**

___ **Pretrial Conference**

_X_ **Settlement Conference.** __3.5 hours, settlement pending__

___ **Chambers Conference**
**Re:** _____

___ **Other**
**Re:** _____

**TERMINATE REFERRAL *YES_____     NO _____**

**DATE:** __10/29/03__                                  __/S/__
                                                        **United States Magistrate Judge**

*Unless this block is checked **DO NOT** terminate referral.

**COURT FILE**
**Judge**