**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
PAUL W. GRIMM
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4560
(410) 962-3630 FAX

November 24, 2003

RE:  *Jaquette v. Wade, et al.*
     CCB-02-1259

**LETTER ORDER**

Dear Counsel:

     Pursuant to our telephone conference on November 20, 2003, this order disposes of the discovery dispute regarding Mr. Wade's deposition. I ruled that on or before December 5, 2003, Mr. Wade would provide fully executed interrogatory answers to the plaintiff's interrogatories. The answers will be complete and unevasive, as required by Rule 37(a)(3). On or before December 12, 2003, Ms. Drewniak will provide Mr. Kemp with a detailed breakdown of the medical expenses claimed by the plaintiff that the defendants contend are not causally related to the accident.

     Once these materials have been provided to Mr. Kemp and to me (**not by electronic filing, as they relate to settlement efforts**), Ms. Drewniak and the defendants' insurance claims representative will speak with me by telephone, and we will arrive at a response to the plaintiff's settlement demand. If, following this process, the case does not settle, we will then determine when, where and how Mr. Wade is to be deposed.

     Although informal, this is an order of the court and will be so filed by the Clerk.

/s/

Paul W. Grimm
United States Magistrate Judge